AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED
*July 7, 2026*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. **4:26-mj-438** |
| Heler Flores-Chacon | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 04, 2022___ in the county of ___Montgomery___ in the

___Southern___ District of ___Texas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) | a native and citizen of El Salvador and an alien who had been previously deported from the United States, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ashley N. Tome, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: ___07/07/2026___

_____
*Judge's signature*

City and state: ___Houston, Texas___

Hon. Richard W. Bennett, United States Magistrate Judge
*Printed name and title*

4:26-mj-438

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ashley Tome, being duly sworn telephonically, hereby depose and say:

(1)     I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since September 21, 2025. My law enforcement career began May 21, 2023, as a Customs and Border Protection Officer. I currently have over 3 years of immigration law enforcement experience.

(2)     On July 02, 2026, after serving 4 years in the Texas Department of Criminal Justice (TDCJ), Heler Flores-Chacon ("Defendant') was transferred to the custody of Immigration and Customs Enforcement (ICE) pursuant to a detainer. Subsequently, on July 05, 2026, at approximately 01:00 p.m., he was identified as eligible for prosecution for violating 8 U.S.C. § 1326 (a).

(3)     The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(4)     Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a).

(5)     Element One: The Defendant is a citizen and national of El Salvador and not a native,citizen or national of the United States.

(6)     Element Two: The Defendant has previously been deported or removed from theUnited States on the following occasions:

1. Removed 08/11/2014
2. Removed 05/19/2014
3. Removed 06/27/2008

(7)    <u>Element Three</u>: After deportation, the Defendant was subsequently found in the United States on July 04, 2022, in Montgomery County, which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years, and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in the paragraph. On July 06, 2026, LESC advised me that it had no record on such encounter.

(8)    <u>Element Four</u>:  The Defendant did not have permission to reenter the United States. On July 05, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

(9)    <u>Prior Criminal History</u>: The Defendant has the following prior criminal history:

a)    On October 02, 2022, the Defendant, using the name, Heler Alexis Flores-Chacon, was convicted in the 9th District Court of Montgomery County, Texas, for the Felony offense of INTOXICATION ASSAULT WITH VEHICLE SBI committed on or about July 04, 2022, in Cause No. 22-07-08740. Defendant was sentenced to 4 years state prison, Texas Department of Criminal Justice (TDCJ).

b)    On April 18, 2008, Defendant, using the name, Heler Flores-Chacon, was convicted in the County Court at Law No. 03 of Montgomery County, Texas, for the Misdemeanor offense of RESIST ARREST SEARCH OR TRANSPORT committed on or about March 16, 2008, in Cause No. 08-238706. Defendant was sentenced to 110 Days in County Jail.

c)    On April 18, 2008, Defendant, using the name, Heler Flores-Chacon, was convicted in the County Court at Law No. 03 of Montgomery County, Texas, for the Misdemeanor offense of ASSAULT CAUSES BODILY INJURY FAMILY MEMBER committed on or about April 11, 2008, in Cause No. 08-239183. Defendant was sentenced to 110 Days in County Jail.

d) On July 02, 2007, Defendant, using the name, Heler Flores, was convicted in the Miami Dade County Clerk of Court Miami, Florida, for the Misdemeanor offense of BATTERY committed on or about June 10, 2007, in Cause No. M-07-031914. Defendant was sentenced to Pretrial Diversion.

(10)    On July 06, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning the criminal complaint. On or about that day, Assistant U.S. Attorney Robin Whitney (832) 492-2493 accepted this case for prosecution for violation of 8 U.S.C. § 1326(a) and (b).

_____
Ashley Tome, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Subscribed and sworn to me telephonically on 7th day of July 2026, and I find probable cause.

_____
Hon. Richard W. Bennett
United States Magistrate Judge Southern
District of Texas